JAMES H. GILVARRY, Respondent, v. GEORGE MORAN, Appellant.— Resettled order in so far as it denies defendant's motion for an examination upon written interrogatories and directs an open commission upon oral interrogatories upon condition that defendant's counsel consent to the payment of the necessary expenses and the attendance fees of plaintiff's counsel affirmed, with ten dollars costs and disbursements. Time to file consent and to make payment of the $200 provided for in the order extended until five days after service of a copy of the order hereon. No opinion. Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ., concur. [See *ante*, p. 770.]

LAWRENCE HANFGARN, Respondent, v. GEORGE MARK, Appellant.— On reargument, order denying motion to dismiss the complaint for lack of jurisdiction of the subject-matter of the action affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young and Johnston, JJ., concur; Davis and Adel, JJ., dissent and vote to reverse and to dismiss the complaint. [Revd., 274 N. Y. 22. See 248 App. Div. 325; *ante*, p. 743.]

MICHAEL HARBOLICK, Respondent, v. MEYER LEVY, Appellant.— An action to fix the lien of the defendant in this action as attorney for plaintiff in another action based upon a policy of fire insurance which had been assigned by the holder thereof to the plaintiff in this action to secure an indebtedness, with notice of the assignment to the present defendant, and to require payment by the defendant to the plaintiff in this action of a part of the $1,400 received by defendant as attorney for plaintiff in the other action in settlement thereof. Judgment in favor of the plaintiff fixing the amount of the lien at $668.19 and directing defendant to pay plaintiff the balance, $731.81, with interest and costs, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Johnston, Adel and Taylor, JJ.